Corrected Judgment September 22, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00097-CV

RANDAL LAW, Appellant

V.

TEXAS DEPARTMENT OF INSURANCE – DIVISION OF WORKERS' COMPENSATION SUBSEQUENT INJURY FUND, JEFF NELSON, KARA MACE, AND BLAISE GERSTENLAUER, Appellees

This cause, an appeal from the judgment in favor of appellees, Texas Department of Insurance – Division of Workers' Compensation Subsequent Injury Fund, Jeff Nelson, Kara Mace, and Blaise Gerstenlauer, signed August 27, 2024, was heard on the appellate record. The record shows that the trial court and this court lack subject matter jurisdiction. We therefore order the trial court's order denying Law's plea to the jurisdiction **VACATED** and order the appeal **DISMISSED**.

We further order this decision certified below for observance.

Judgment Rendered September 22, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.

CHRISTOPHER A. PRINE, CLERK